**TRANSCRIPT ORDER FORM (DKT-13)** - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S. District Court for the Northern District of Texas
District Court Docket No.: 3:23-cv-00769-N
Short Case Title: Carpenter v. Twin City Fire Insurance Company

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Jeff Foster

Date Notice of Appeal Filed in the District Court: 05/29/2025
Court of Appeals No.: 25-10679

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 7/31/2024 | Status Conference | Judge David C. Godbey |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
■ Private Funds;   ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Steven J. Knight
Date Transcript Ordered: June 9, 2025
Print Name: Steven J. Knight
Phone: 713-658-1818
Counsel for: Twin City Fire Insurance Company
Address: Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Houston, Texas 77002
Email of Attorney: steven.knight@chamberlainlaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 6-17-25 | 6-17-25 | 6-26-25 | 9 |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date: 6-24-25   Signature of Reporter: Jeff Foster   Tel: 214-753-2349
Email of Reporter: Jeff_Foster@txnd.uscourts.gov

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Reporter _____