**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

ATTORNEYS AT LAW

STEVEN J. KNIGHT
SHAREHOLDER
DIRECT: 713.654.9603
STEVEN.KNIGHT@CHAMBERLAINLAW.COM

1200 SMITH STREET, SUITE 1400
HOUSTON, TEXAS 77002
713.658.1818     800.342.5829
FAX: 713.658.2553

HOUSTON
ATLANTA
PHILADELPHIA
SAN ANTONIO

August 29, 2025

***Via E-Service***
Lyle W. Cayce, Clerk of the Court
United States Court of Appeals, Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130

Re:     *Carpenter v. Twin City Fire*; No. 25-10679

**Appellant's First <u>Unopposed </u>Request for
30-Day Extension to File Appellant's Opening Brief**

Dear Mr. Cayce:

I write to request a 30-day extension of Appellant's deadline to file its Opening Appellant's Brief, which would extend Appellant's current filing deadline, September 1, 2025, to October 1, 2025. Appellant has not previously requested an extension of any appellate deadlines in this matter. However, good cause necessitates Appellant's present request for a 30-day extension. Specifically, Appellant's lead counsel, Steven J. Knight, needs additional time to prepare Appellant's Brief due to the following conflicting briefing deadlines and obligations.

- Preparation of Relator's Petition for Writ of Mandamus in *In re Sharon Conner Pafford*; Cause No. 25-00604; Supreme Court of Texas. Relator filed her Petition on July 11, 2025, and her Reply is due in September.

- Preparation of Real Party in Interest's Response to Relators' Petition for Writ of Mandamus in *In Re Ronald Shimotsu, et al.*; Cause Nos. 13-25-00306-CV & 13-25-00304-CV; Thirteenth Court of Appeal; Corpus Christi, Texas. Real Party in Interest timely filed her Response on July 30, 2025.

- Preparation of Fort Apache's dispositive motion in *Fort Apache Energy, Inc. et al. v. Short OG III, Ltd, et al.*; Cause No. H-17-1252; United States District Court for the Southern District of Texas. Fort Apache filed its dispositive motion on August 18, 2025.

- Preparation of Appellant's Opening Brief *Li-Chien Tsai v. United States;* Cause No. 25-5110*;* United States Court of Appeals for the District of Columbia. Appellant filed his Opening Brief on August 20, 2025, and his Reply Brief is due on October 10, 2025.

- Preparation of Appellant's Motion for Rehearing in *Jimmy Changas, Inc. v. City of League City*; Cause No. 14-25-00416-CV; Fourteenth Court of Appeals; Houston, Texas. Appellant's Motion is currently due on September 2, 2025.

- Prepare for oral argument on behalf of Appellant in *WorldVue Connect v. Szuch*; Cause No. 24-20571; United States Court of Appeals for the Fifth Circuit. Oral argument is scheduled for September 3, 2025, in New Orleans.

- Preparation of Appellant's reply brief in *In the Interest of S.C.F. and E.E.F.*; Cause No. 09-24-00359-CV; in the Ninth Court of Appeals for the State of Texas. Appellant's Reply Brief is due on September 17, 2025.

- Prepare of a response to Motion for Rehearing of the probate court's removal of a lis pendens in relation to an appellate case, *John Darrell West and Terry Lynn West v. Nasreen Naqvi*; Cause No. 01-25-00133-CV; in First Court of Appeals; Houston, Texas. The response is due on or before September 4, 2025

This request is not for delay but to give Appellant's counsel adequate opportunity to fully and comprehensively present Appellant's arguments on appeal. Counsel for Appellee is not opposed to this request and counsel have worked cooperatively throughout the life of the case to accommodate their respective schedules. For all of these reasons, Appellant respectfully requests this Court grant this request for a 30-day extension. Thank you for your attention to this matter.

Sincerely,

*/s/ Steven J. Knight*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to counsel of record by electronic service on August 29, 2025.

*/s/ Steven J. Knight*
STEVEN J. KNIGHT

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with all applicable font and word count requirements set forth in the applicable rules.

*/s/ Steven J. Knight*
STEVEN J. KNIGHT

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee concerning the relief requested herein on August 28, 2025, and counsel informed me that Appellee is unopposed.

*/s/ Steven J. Knight*
STEVEN J. KNIGHT