Case No. 25-10679
_____

# In the United States Court of Appeals
# For the Fifth Circuit
_____

JEFFREY W. CARPENTER,

*Plaintiff–Appellee*,

v.

TWIN CITY FIRE INSURANCE COMPAY,

*Defendant–Appellant.*

_____

On Appeal from the United States District Court
for the Northern District of Texas (Cause No. 3:23-CV-769)
_____

DEFENDANT–APPELLANT'S <u>UNOPPOSED</u> MOTION
FOR EXTENSION OF TIME TO FILE BRIEF
_____

Twin City Fire Insurance Company respectfully requests an extension of 14 days to file its Appellant's Brief pursuant to Local Rule 31.4.3.2. For support, Twin City shows as follows.

This is an appeal of an insurance coverage dispute that resulted in a final multi-million-dollar judgment against Twin City. The record on appeal is lengthy, extending over 5,500 pages of material, including multiple dispositive motions with extensive exhibits.

1

Twin City's original deadline to file its brief was September 1, 2025. An unopposed Level 1 extension was granted, rendering the brief due on its current due date of October 2, 2025. Twin City respectfully requests an extension of 14 days, and Appellee is unopposed to this request.

Twin City requests this extension because its counsel needs additional time to fully brief the multiple coverage issues on appeal. In particular, additional time is needed due to counsel's responsibility in the following matters:

- Preparation of Relator's Petition for Writ of Mandamus and Mandamus Record in *In re Western Dairy Transport, LLC, et al.*; Cause No. 25-0079; Supreme Court of Texas. Relator's Petition for Writ of Mandamus and Mandamus Record was filed on September 5, 2025.

- Assistance with Preparation of Fort Apache's dispositive Response Brief and Reply Brief in *Fort Apache Energy, Inc. et al. v. Short OG III, Ltd, et al.*; Cause No. H-17-1252; United States District Court for the Southern District of Texas (Houston, Texas). Fort Apache filed its dispositive Response Brief and Reply Brief on September 9, 2025, and September 15, 2025.

- Preparation of Appellant's Reply Brief in *In the Interest of S.C.F. and E.E.F.*; Cause No. 09-24-00359-CV; Ninth Court of Appeals (Beaumont, Texas) Appellant's Reply Brief was filed on September 18, 2025.

- Preparation and Appearance for Dispositive Motion Hearing in *Garza v. Cosmo McAllen Group, LLC, et al.*; Cause No. C-1155-19-F; 332nd District Court of Hidalgo County, Texas. In-person Dispositive Motion Hearing occurred on September 22, 2025, in Hidalgo County, Texas.

- Preparation of Relators' Reply Brief in *In re L P 94 Trucking*; Cause No. 11-25-00201-CV; Eleventh Court of Appeals (Eastland, Texas). Relator's Reply Brief is due on September 24, 2025.

- Preparation of Appellants' Motion for Rehearing in *WorldVue Connect v. Szuch*; Cause No. 24-20571; United States Court of Appeals for the Fifth Circuit. Appellants' Motion for Rehearing is due on September 30, 2025.

- Preparation of Appellant's Motion for Rehearing in *Jimmy Changas, Inc. v. City of League City*; Cause No. 14-25-00416-CV; Fourteenth Court of Appeals (Houston, Texas). Appellant's Motion is currently due on October 2, 2025.

- Preparation of Appellees' Brief in *John Darrell West and Terry Lynn West v. Nasreen Naqvi*; Cause No. 01-25-00133-CV; First Court of Appeals (Houston, Texas). Appellees' Brief is due on October 2, 2025.

- Review and analysis of underlying trial record in preparation for filing a Notice of Appeal and Emergency Motion to Stay Trial Proceedings in *Airway Blvd Management, LLC v. Lineage Logistics, LLC, et al.*; Cause No. 2025DC1765; County Court at Law No. 3, El Paso County, Texas. The jurisdictional deadline to file the appeal in the Eighth Court of Appeals (El Paso, Texas) is October 6, 2025.

- Preparation of Appellee's Motion for Rehearing in *In Re Ronald Shimotsu, et al.*; Cause Nos. 13-25-00336-CV & 13-25-00337-CV; Thirteenth Court of Appeals (Corpus Christi, Texas). Appellees' Motion for Rehearing is due on October 9, 2025.

- Preparation of Appellant's Reply Brief *Li-Chien Tsai v. United States*; Cause No. 25-5110*;* United States Court of Appeals for the District of Columbia. Appellant's Reply Brief is due on October 10, 2025.

In addition to the matters specified above, Twin City's counsel has been diligently preparing Appellant's Brief in the instant appeal. However, given the nature of the coverage dispute and the additional matters addressed above, additional time is needed to fully and adequately brief the issues in this appeal.

Based on the foregoing, Twin City respectfully requests an extension of 14

3

days to file its Appellant's Brief, rendering the brief due on October 16, 2025.

                                Respectfully submitted,

                                CHAMBERLAIN, HRDLICKA, WHITE
                                WILLIAMS & AUGHTRY, P.C.

By:   */s/ Steven J. Knight*
      STEVEN J. KNIGHT
      Texas Bar No. 24012975
      steven.knight@chamberlainlaw.com
      1200 Smith, Suite 1400
      Houston, Texas 77002
      (713) 658-1818

*Counsel for Defendant-Appellant*

## CERTIFICATE OF CONFERENCE

I certify that, on September 23, 2025, I conferred with counsel for Appellee (the only other party to this proceeding) concerning the relief requested in this motion, and counsel informed me that Appellee is unopposed.

                                */s/ Steven J. Knight*
                                STEVEN J. KNIGHT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served to counsel for Appellee via the court's electronic filing system on September 23, 2025.

                                */s/ Steven J. Knight*
                                STEVEN J. KNIGHT