# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10679   Carpenter v. Twin City Fire
                 USDC No. 3:23-CV-769

The court has granted an extension of time to and including October 16, 2025 for filing appellant's brief and record excerpts in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Angelique B. Tardie, Deputy Clerk
                504-310-7715

Ms. Amy Foreman
Ms. Amy E. Gibson
Mr. Michael W. Johnston
Ms. Christine Kirchner
Mr. Steven Jon Knight
Mr. David Linwayne Wiley