

October 28, 2025

**Via CM/ECF**

Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130

    Re:    No. 25-10679
              *Jeff Carpenter v. Twin City Fire Insurance Company*

## Unopposed Level 1 Request for 30-Day Extension of Time to File Appellee's Brief

Dear Mr. Cayce:

I write to request a level 1 extension of 30 days to file Appellee's Brief. Appellant Twin City Fire Insurance Company is unopposed to the requested extension.

The current deadline to file Appellee's Brief is November 17, 2025. The requested extended deadline to file Appellee's Brief is December 17, 2025. This is Appellee's first request for extension of time during this appeal.

Appellee's counsel had cleared most of September to respond to Appellant's Brief. The extended deadline to file Appellant's Brief fell such that the response time was significantly cut short. Appellee's counsel requests this extension for the following reasons.

1. *Ahmed v. Universal Protection Service, LP d/b/a Allied Universal*; 4:23-cv-02823; United States District Court, Southern District of Texas, Houston Division; Jury Trial

    In that case, both of Appellee's counsel have been preparing for a federal jury trial that was to start November 3 and last through sometime during the week of November 10. The case involved 3 pretrial conferences and significant pretrial motion practice from

Mr. Lyle W. Cayce
October 28, 2025
Page 2 of 2

the other side, outside of the normal motions in limine and other evidence disputes. Settlement was announced yesterday. But the amount of work in that case caused the need for this extension request, independent of other work and Dallas Bar Association and State Bar of Texas leadership and planning obligations.

2. The requested extension is for 30 days to avoid requiring both of Appellee's counsel to work over the Thanksgiving holidays for the second year in a row.

Please let us know if you need any further information from us. Thank you.

                          Sincerely,

                          */s/ Amy Gibson*

                          Amy E. Gibson

**c: via CM/ECF**

Mr. Steven J. Knight
steven.knight@chamberlainlaw.com
Chamberlain Hrdlicka, White,
 Williams & Aughtry
1200 Smith Street #1400
Houston, Texas 77002

*Lead Counsel for Appellant*