Case No. 25-10679
_____

# In the United States Court of Appeals
# For the Fifth Circuit
_____

JEFFREY W. CARPENTER,

*Plaintiff–Appellee*,

v.

TWIN CITY FIRE INSURANCE COMPANY,

*Defendant–Appellant*.

_____

On Appeal from the United States District Court
for the Northern District of Texas (Cause No. 3:23-CV-769)
_____

DEFENDANT–APPELLANT'S FIRST <u>UNOPPOSED</u> MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF
_____

Appellant Twin City Fire Insurance Company respectfully requests an extension of 30 days to file its Reply Brief, extending the current due date of January 7, 2026, to February 6, 2026. For support, Appellant shows as follows.

This is an appeal of an insurance coverage dispute that resulted in a final multi-million-dollar judgment against Appellant. The record on appeal is lengthy, extending over 5,500 pages of material, including multiple dispositive motions with extensive exhibits.

1

Appellant timely filed its Opening Brief on October 16, 2025. Appellee filed his Opening Brief on December 17, 2025. Appellant's Reply Brief is currently due on January 7, 2026. Appellant respectfully requests an extension of 30 days to file its Reply Brief, and Appellee is unopposed to this request.

Appellant requests this extension because its counsel needs additional time to fully brief the multiple coverage issues on appeal and addressed in Appellee's Opening Brief and Appellee's Opening Brief. In particular, additional time is needed due to counsel's responsibility in the following matters:

- Preparation of Appellees' Brief in *Landry's LLC, et al. v. Landry's Distilling, Inc., et al.*; Cause No. 01-25-00355-CV; Houston Court of Appeals (First District). Appellees filed their Appellees' Brief on December 22, 2025.

- Preparation of Appellants' Brief in an accelerated appeal styled, *Lineage Logistics, LLC, et al. v. Airway Blvd Management, LLC*; Cause No. 08-25-00235-CV; El Paso Court of Appeals (Eighth District). Appellants filed their Appellants' Brief on December 29, 2025.

- Preparation of Real Parties in Interests' Response to Petition for Writ of Mandamus in *Lucania Services, LTD v. Centro De Promociones Los Cabos San Lucas, S.A. de C.V. et al.*; Cause No. 91585; Supreme Court of Nevada. Real Parties in Interest's Response Brief is currently due on December 29, 2025 (with an extension request pending).

- Preparation of Appellant's Brief in an accelerated appeal styled, *CINUK USA, LLC v. Ostos*; Cause No. 14-25-00852-CV; Houston Court of Appeals (Fourteenth District). Appellant's Brief is due on January 2, 2026.

- Preparation of Appellant's Brief in *Talis Industries, LLC v. Community National Bank*; Cause No. 11-25-00289-CV; Eastland Court of Appeals (Eleventh District). Appellant's Brief is due on January 5, 2026.

- Preparation of a Response to a Motion to Reinstate and for an in-person hearing on said motion in *Arrington v. Arrington*; Cause No. 38714; 223rd District Court of Gray County, Texas. The in-person hearing is set for January 6, 2026, near Amarillo, Texas.

- Preparation of Appellant's Petition for Rehearing in *Fort Apache Energy, Inc., et al. v. Short OG III, Ltd., et al.*; Cause No. 09-25-00010-CV; Beaumont Court of Appeals (Ninth District). Appellant's Petition for Rehearing is due on January 6, 2026.

- Preparation of Plaintiff's Reply to Summary Judgment Response in *Ibrahim v. Sentinel Insurance Company*; Cause No. DC-22-14350; 193rd District Court of Dallas County, Texas. Plaintiff's Reply Brief is due by January 12, 2026.

- Preparation of Appellant's Motion for Rehearing in *MKM Engineers, Inc. et al. v. Jal Guzder*; Cause No. 14-23-00160-CV; Houston Court of Appeals

(Fourteenth District). Appellant's Motion for Rehearing is due on January 14, 2026.

- Preparation of Appellant–Petitioner's Petition for Review in *Jimmy Changas, Inc. v. City of League City, Texas*; Cause No. 14-24-00416-CV; Houston Court of Appeals (Fourteenth District), to be filed in the Supreme Court of Texas. The Petition for Review is due on January 18, 2026.

- Preparation of Petitioner's Brief on the Merits in *Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. v. ESL Ventures, LLC*; Cause No. 24-0825; Supreme Court of Texas. Petitioner's Brief on the Merits is due on January 28, 2026.

In addition to these briefing deadlines, Appellant's counsel needs addition time due to several personal commitments and obligations. Among other things, the undersigned counsel's daughter graduated from college (Texas A&M) on December 18, 2025, in College Station, Texas, and, thereafter, counsel missed days in the office while moving the recent graduate out of her apartment and back to her home in Houston. Additionally, and away from the office visiting elderly family members for the Christmas holiday, requiring several days to be spent out of town.

Appellant's counsel is now diligently preparing Appellant's Reply Brief in the instant appeal. However, given the Christmas and New Year's holidays, the nature of the coverage disputes, the lengthy record, and the additional deadlines,

commitments, and obligations discussed above, additional time is needed to fully and adequately respond to Appellee's Brief in this appeal.

Based on the foregoing, Appellant respectfully requests an extension of 30 days to file Appellant's Reply Brief, extending the current January 7, 2026, due date to February 6, 2026. This extension is sought, not for delay, but to enable Appellant to fully address the multiple complex coverage issues involved in this appeal. Appellee is unopposed to this extension.

                    Respectfully submitted,

                    CHAMBERLAIN, HRDLICKA, WHITE
                    WILLIAMS & AUGHTRY, P.C.

                    By:   */s/ Steven J. Knight*
                          STEVEN J. KNIGHT
                          Texas Bar No. 24012975
                          steven.knight@chamberlainlaw.com
                          1200 Smith, Suite 1400
                          Houston, Texas 77002
                          (713) 658-1818

                    *Counsel for Defendant–Appellant*

## CERTIFICATE OF CONFERENCE

I certify that, on December 29, 2025, I conferred with counsel for Appellee (the only other party to this proceeding) concerning the relief requested in this motion, and counsel informed me on December 30, 2026, that Appellee is <u>unopposed</u>.

                                                      */s/ Steven J. Knight*
                                                  STEVEN J. KNIGHT

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the word limitation set forth in Federal Rule of Appellate Procedure 27(d)(2), as this motion contains 738 words.

                                                      */s/ Steven J. Knight*
                                                  STEVEN J. KNIGHT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served to counsel for Appellee via the court's electronic filing system on December 30, 2025.

                                                      */s/ Steven J. Knight*
                                                  STEVEN J. KNIGHT