# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 25-10679    Carpenter v. Twin City Fire
                USDC No. 3:23-CV-769
```

The court has granted an extension of time to and including January 21, 2026 for filing a reply brief in this case.

```
                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Jeanfreau, Deputy Clerk
                        504-310-7645
```

Ms. Amy Foreman
Ms. Amy E. Gibson
Mr. Michael W. Johnston
Ms. Christine Kirchner
Mr. Steven Jon Knight
Ms. Karen S. Mitchell
Mr. David Linwayne Wiley