Case No. 25-10679

# In the
# United States Court of Appeals
# for the Fifth Circuit

---

JEFFREY W. CARPENTER,
*Plaintiff – Appellee,*

v.

TWIN CITY FIRE INSURANCE COMPANY,
*Defendant – Appellant,*

---

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
Civil Action No. 3:23-cv-00769

---

## UNOPPOSED MOTION TO SUBSTITUTE PARTY AFTER DEATH OF JEFFREY W. CARPENTER

---

Amy E. Gibson
amy@gwfirm.com
David L. Wiley
david@gwfirm.com

GIBSON WILEY PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
[Tel.] (214) 522-2121
[Fax] (214) 522-2126

COUNSEL FOR PLAINTIFF-APPELLEE AND
NON-PARTY SOUGHT TO BE SUBSTITUTED

1. Jeffrey W. Carpenter died on January 16, 2026. His attorneys in this action filed a *Suggestion of Death* on January 21, 2026. The Court later ordered that a motion to substitute or other appropriate action be filed on or before February 12, 2026. Pursuant to Federal Rule of Appellate Procedure 43(a)(1), this motion seeks to substitute the decedent's personal representative as a party. This motion is unopposed.

2. This case involves the appeal of a final judgment in favor of Jeffrey W. Carpenter and against Twin City for damages. When "a party dies after a notice of appeal has been filed or while a proceeding is pending in the court of appeals, the decedent's personal representative may be substituted as a party on motion filed … by the representative or by any party." FED. R. APP. P. 43(a)(1).

3. The personal representative to be substituted as Appellee is Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpenter. Joshua M. Carpenter is the named Independent Executor for the Estate of Jeffrey W. Carpenter pursuant to a valid will. He is thus the proper party to this appeal. He agrees to the relief requested in this motion.

4.   The same appellee counsel will handle this appeal after substitution. In other words, the same law firm and attorneys already represent Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpenter, in connection with this appeal.

5.   This motion is also served on Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpenter,  pursuant to Federal Rules of Civil Procedure 25 and 4.  Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpenter, agreed in writing to waive formal service under Federal Rules of Civil Procedure 25 and 4 and instead accept service of this motion via email.

Respectfully submitted,

*s/ Amy Gibson*

_____

Amy E. Gibson
Texas Bar No. 00793801
amy@gwfirm.com

David L. Wiley
Texas Bar No. 24029901
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Counsel for Plaintiff-Appellee and*
*Non-Party Sought to be Substituted*

**CERTIFICATE OF SERVICE**

I certify that, on February 12, 2026, I filed the foregoing document with the Fifth Circuit Court of Appeals, through the CM/ECF Document Filing System, such that the foregoing document should be served on all parties through their counsel of record, who are registered CM/ECF users, as follows:

**Via CM/ECF**

Mr. Steven J. Knight
Ms. Amy J. Foreman
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002

Mr. Robert Harrell
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002

*Counsel for Defendant-Appellant*
*Twin City Fire Insurance Company*

*certificate of service continued on next page*

I further certify that, on February 12, 2026, I served the foregoing document on

Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpen-

ter, as follows:

**<u>Via Email [Pursuant to Written Agreement]</u>**

Mr. Joshua M. Carpenter
Independent Executor,
Estate of Jeffrey W. Carpenter
jc.board4lyfe@gmail.com

*s/ Amy Gibson*

_____

Amy E. Gibson

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Steve Knight, lead counsel for Appellant Twin City Fire Insurance Company, about the relief requested in this motion. Appellant is un-opposed. Additionally, non-party Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpenter, agrees to the relief requested in this motion.

*s/ Amy Gibson*

_____

Amy E. Gibson

## CERTIFICATE OF COMPLIANCE

With Type-Volume Limitation, Typeface Requirements,
and Type Style Requirements

I certify that:

1.  This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B). This brief contains 815 words, *including* portions exempted under Federal Rule of Appellate Procedure 32(f) and Fifth Circuit Rule 32.1. I relied on the word count function in Microsoft Word for Mac 2026 version 16.106.

2.  This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and Fifth Circuit Rule 32.1 and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief was prepared in a proportionally spaced typeface using Microsoft Word for Mac 2026 version 16.106 in 14-point Equity A typeface for the body.  The cover page and headings include font size larger than 14-point. The cover page includes one instance of Old English Text MT for the name of this Court.

*s/ Amy Gibson*
_____
Amy E. Gibson