# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 13, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10679    Carpenter v. Twin City Fire
                       USDC No. 3:23-CV-769

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Jeanfreau, Deputy Clerk
                        504-310-7645

Ms. Amy Foreman
Ms. Amy E. Gibson
Mr. Robert Stanford Harrell
Mr. Michael W. Johnston
Ms. Christine Kirchner
Mr. Steven Jon Knight
Ms. Karen S. Mitchell
Mr. David Linwayne Wiley

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

_____

Case No. 25-10679

_____

Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpenter

   Plaintiff - Appellee

v.

Twin City Fire Insurance Company,

   Defendant - Appellant