# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 12, 2026

Ms. Amy E. Gibson
Gibson Wiley, P.L.L.C.
1500 Jackson Street
Dallas, TX 75201

Mr. David Linwayne Wiley
Gibson Wiley, P.L.L.C.
1500 Jackson Street
Dallas, TX 75201

     No. 25-10679   Carpenter v. Twin City Fire
                USDC No. 3:23-CV-769

Dear Counsel:

Sufficient number of paper copies to meet the six (6) copy requirement. You must provide 5 additional copies. (see 5th Cir. R. 31.1)

Please send the additional 5 paper copies to be received in our office by Friday, May 15, 2026.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Shirley M. Engelhardt, Deputy Clerk
        504-310-7631