# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Amy Elizabeth Gibson
_____
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

25-10679          Carpenter                          v. Twin City Fire Insurance Company
(Case Number)                                            (Short Title)

is scheduled for oral argument at ___9:00 am___ on ___August 3, 2026___ located in the
                                                    (Time)                        (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
(Location)

/s/ Amy Gibson                                              July 24, 2026
_____          _____
(Signature)                                                (Date)

---

**List all parties being represented for argument and select the party type**

Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpenter
_____
_____

☐              ☑              ☐              ☐              ☐              ☐
Appellant      Appellee      Cross Appellant      Cross Appellee      Amicus      Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

|  | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Amy Gibson | 20 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # 5

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF                    RESET FORM

Revised 04/2023                    Form OA-001