Case No. 25-10679

_____

# In the United States Court of Appeals For the Fifth Circuit

_____

JEFFREY W. CARPENTER,

*Plaintiff–Appellee,*

v.

TWIN CITY FIRE INSURANCE COMPANY,

*Defendant–Appellant.*

_____

On Appeal from the United States District Court
for the Northern District of Texas (No. 3:23-CV-769)

_____

**APPELLANT'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL BRIEF**

_____

MAYER BROWN LLP

ROBERT S. HARRELL
Texas State Bar No. 09041350
rharrell@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, Texas, 77002
(713) 238-2700

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

STEVEN J. KNIGHT
Texas Bar No. 24012975
steven.knight@chamberlainlaw.com
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818

*Counsel for Defendant–Appellant*

TO THE HONORABLE FIFTH CIRCUIT COURT OF APPEALS:

Pursuant to Local Rule 28.4, Appellant respectfully requests leave of Court to file a short Supplemental Brief (attached as Exhibit A) addressing two cases that address the "back pay" issue presently before the Court. Despite extensive research in preparing Appellant's opening brief and reply brief, the cases described in the attached Supplemental Brief were not discovered until recently, during oral argument preparation. Appellant seeks leave to bring these two cases to the Court's attention before argument scheduled for August 3, 2026.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

By:   */s/ Steven J. Knight*
     STEVEN J. KNIGHT
     Texas Bar No. 24012975
     steven.knight@chamberlainlaw.com
     1200 Smith Street, Suite 1400
     Houston, Texas 77002
     (713) 658-1818

MAYER BROWN LLP

ROBERT S. HARRELL
Texas State Bar No. 09041350
rharell@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, Texas, 77002

*Counsel for Defendant-Appellant*

2

## CERTIFICATE OF CONFERENCE

I certify that, on July 31, 2026, I conferred with counsel for Appellee (the only other party to this proceeding) concerning the relief requested in this motion, and counsel informed me that Appellee is unopposed provided Appellee has an opportunity to file a written response and have it be considered by the panel.

*/s/ Steven J. Knight*
STEVEN J. KNIGHT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to counsel of record by electronic service on July 31, 2026.

*/s/ Steven J. Knight*
STEVEN J. KNIGHT

## CERTIFICATE OF COMPLIANCE

I certify this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because this document contains 82 words. I further that this motion complies with the typeface requirements of Fed. R. App. P. 27 and 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point in roman style.

*/s/ Steven J. Knight*
STEVEN J. KNIGHT

3