# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 31, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10679    Carpenter v. Twin City Fire
               USDC No. 3:23-CV-769

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Lisa E. Ferrara, Deputy Clerk
          504-310-7675

Ms. Amy Foreman
Ms. Amy E. Gibson
Mr. Robert Stanford Harrell
Mr. Michael W. Johnston
Ms. Christine Kirchner
Mr. Steven Jon Knight
Mr. David Linwayne Wiley